**Electronically Filed
Supreme Court
SCWC-14-0000647
18-SEP-2015
08:54 AM**

SCWC-14-0000647

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., solely as
nominee, Respondent/Plaintiff-Appellee,

vs.

SHARON KEHAULANI WISE and BLOSSOM ILIMA NIHIPALI,
Petitioners/Defendants-Appellants,

and

EWA BY GENTRY COMMUNITY ASSOCIATION,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000647; CIV. NO. 09-1-1064)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Kim, in place of Recktenwald, C.J., recused)

Petitioners/Defendants-Appellants Sharon Kehaulani

Wise and Blossom Ilima Nihipali's Application for Writ of

Certiorari, filed on August 10, 2015, is hereby rejected.

DATED: Honolulu, Hawai'i, September 18, 2015.

Gary Victor Dubin,
Frederick J. Arensmeyer, and
Richard T. Forrester
for petitioners

Ben Suter
for respondent

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Glenn J. Kim

